Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
ROBERT W. SWEETIN (SBN 297130)
RAJA A. HAFED (SBN 311778)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant, AUDREY BRAND

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CASTELLI; FAYE CASTELLI;<br><br>Plaintiffs,<br><br>v.<br><br>AUDREY BRAND; NICOLE BISHOP; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02441-TLN-EFB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271**<br><br>Complaint filed: 9/6/18 |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:  **BOTTOMLINE LAWYERS, PC**


By: /s/
RICHARD A. HALL, ESQ.
Attorneys for Plaintiffs JOSEPH CASTELLI and FAYE CASTELLI

//
//
//
//

1

*STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271*

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

Dated: 4/29/19　　　　　　　　　　　　　　**MATHENY SEARS LINKERT & JAIME LLP**

By:  /s/
　　MATTHEW C. JAIME, ESQ.
　　Attorneys for Defendant AUDREY BRAND

IT IS SO ORDERED:

Dated: May 7, 2019

_____
Troy L. Nunley
United States District Judge

2

*STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271*