UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CASTELLI; FAYE CASTELLI;<br><br>    Plaintiffs,<br><br>    v.<br><br>AUDREY BRAND; NICOLE BISHOP; and DOES 1 to 25, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-02441-TLN-EFB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Complaint filed:   9/6/18 |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

Plaintiffs Joseph and Faye Castelli's Complaint in this matter is hereby dismissed with prejudice pursuant to the Settlement and Release between the parties. This Court shall retain jurisdiction to enforce the terms of this Stipulation and the mediator's settlement agreement and the formal release of claims. Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: October 22, 2019

                                                                Troy L. Nunley
                                                                United States District Judge